**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EMIGUELA PACI, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-6539 |
| v. | ) ) | Judge Virginia M. Kendall |
| GLOBE CONNECT, INC. | ) ) | Magistrate Judge Maria Valdez |
| Defendant. | ) ) | |

**NOTICE OF DIMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure rule 41(a)(1)(A)(i), Plaintiff hereby dismisses this case **without** prejudice.

                                            Respectfully submitted,
                                            Emiguela Paci, Plaintiff,

                            By:    /s/ Katherine M. Bowen
                                          Katherine M. Bowen, One Of Her Attorneys

Keith J. Keogh
Timothy Sostrin
Michael S. Hilicki
Katherine M. Bowen
Keogh Law, Ltd.
101 North Wacker Drive, Suite 605
Chicago, Illinois 60606
312.726.1092 (office)
312.726.1093 (fax)